**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**William Alvin WICK, Jr., Defendant—
Appellant.**

**No. 10–30108.**

United States Court of Appeals,
Ninth Circuit.

Submitted May 24, 2011.*

Filed June 9, 2011.

Lori Anne Harper Suek, Assistant U.S.,
USBI–Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

William Alvin Wick, Jr., Tucson, AZ, pro
se.

Leo Sanford Selvey, II, Selvey Law
Firm, Billings, MT, for Defendant–Appellant.

Before: PREGERSON, THOMAS, and
PAEZ, Circuit Judges.

MEMORANDUM **

William Alvin Wick, Jr., appeals his
guilty-plea conviction and the 360–month
sentence imposed for aggravated sexual
abuse, in violation of 18 U.S.C. §§ 1153(a)
and 2241(a)(1). Pursuant to *Anders v.
California,* 386 U.S. 738, 87 S.Ct. 1396, 18
L.Ed.2d 493 (1967), Wick's counsel has
filed a brief stating there are no grounds
for relief, along with a motion to withdraw
as counsel of record. Wick has filed a pro
se supplemental brief challenging his conviction and sentence.

Our independent review of the record
pursuant to *Penson v. Ohio,* 488 U.S. 75,
80–81, 109 S.Ct. 346, 102 L.Ed.2d 300
(1988), discloses no arguable grounds for
relief on direct appeal as to the defendant's conviction. We dismiss the appeal
of the sentence in light of the valid appeal
waiver. *See United States v. Nguyen,* 235
F.3d 1179, 1182 (9th Cir.2000).

We decline to address Wick's claims of
ineffective assistance of counsel on direct
appeal as the record is insufficiently developed and his legal representation was not
so inadequate that it can be concluded at
this point that he obviously was denied his
Sixth Amendment right to counsel. *See
United States v. McKenna,* 327 F.3d 830,
845 (9th Cir.2003) ("Claims of ineffective
assistance of counsel are generally inappropriate on direct appeal.").

Counsel's motion to withdraw is
**GRANTED.**

The conviction is **AFFIRMED,** and the
appeal of the sentence is **DISMISSED.**

---

* The panel unanimously concludes this case is
  suitable for decision without oral argument.
  *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.